**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF FEBRUARY 24, 2015**
**WESTERN DISTRICT**

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------

| | |
|---|---|
| WD76950 | Lakeir Brown vs. State of Missouri |
| WD77122 | Asset Acceptance, LLC vs. Rakeyia M. Young |
| WD77391 | Brand Scaffold Rental and Erection, Inc., N/K/A Brand Energy Services, LLC vs. Missouri Property & Casualty Insurance Guaranty Association |

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------

| | |
|---|---|
| WD77430 | State of Missouri vs. Allan Lamont Petty |